Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

# UNITED STATES DISTRICT COURT
for the

District of

Division

Neveen Lynne Leyva
*Plaintiff(s)*
(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)

-v-

Joe Biden
*Defendant(s)*
(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)

2:25-cv-00272-JAD-NJK

Jury Trial: *(check one)* ☑ Yes ☐ No

____ FILED        ____ RECEIVED
____ ENTERED      ____ SERVED ON
                  COUNSEL/PARTIES OF RECORD

FEB 10 2025

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: _____ RJDG DEPUTY

## COMPLAINT FOR A CIVIL CASE

I. **The Parties to This Complaint**

   A. **The Plaintiff(s)**

   Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

   Name: Neveen Lynne Leyva
   Street Address: 4209 Caliper dr
   City and County: Las Vegas, Clark
   State and Zip Code: Nevada, 89110
   Telephone Number: 725-321-5992
   E-mail Address: neveen004peace@gmail.com

   B. **The Defendant(s)**

   Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Page 1 of 5

Defendant No. 1
- Name: Barack Obama
- Job or Title (if known): Former President
- Street Address:
- City and County:
- State and Zip Code:
- Telephone Number:
- E-mail Address (if known):

Defendant No. 2
- Name: Donald Trump
- Job or Title (if known): President
- Street Address: 1600 Pensylvania Avenue NW
- City and County: District of Columbia
- State and Zip Code: Washington DC
- Telephone Number:
- E-mail Address (if known):

Defendant No. 3
- Name: George Bush
- Job or Title (if known): Former President
- Street Address: 2943 SMU Boulevard Dallas Texas ~~Midland~~
- City and County: ~~75205 texas~~
- State and Zip Code:
- Telephone Number:
- E-mail Address (if known):

Defendant No. 4
- Name: George Bush
- Job or Title (if known): Former President
- Street Address: 1412 w Ohio Ave
- City and County: Midland
- State and Zip Code: Midland
- Telephone Number:
- E-mail Address (if known):

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

☐ Federal question        ☐ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A. If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case. I was killed for having green eyes. I was sex trafficked connected to write songs had my legs broken. Steve Jobs family broke them. In the white house I was force to get rape by Obama and Carry Sasha as a 4 year old. Big head was added to me by Kim Kardashian and Angelina Jolie. I'm not as beautiful as I would have been because of them. I was force to have alopicia my mom has a lot of hair and today I wrote movies and music. I didn't get compensated. Selena Gomez and Justin Bieber made it so did Taylor Swift. She saw I was getting rape and did not help me. I contacted the FBI in November of 2019.

### B. If the Basis for Jurisdiction Is Diversity of Citizenship

I have been control and hacked by them forced to gain over 100 pounds and to not be able to work. Forced to talk everyday for over 4 years straight all day long. I want to stop being compelled.

1. **The Plaintiff(s)**

   a. If the plaintiff is an individual

      The plaintiff, *(name)* Neveen Leyva , is a citizen of the State of *(name)* Nevada .

   b. If the plaintiff is a corporation

      The plaintiff, *(name)* Neveen Leyva , is incorporated under the laws of the State of *(name)* Nevada ,

      and has its principal place of business in the State of *(name)*
      _____.

      *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2. **The Defendant(s)**

   a. If the defendant is an individual

      The defendant, *(name)* Joe Biden , is a citizen of the State of *(name)* Delaware . Or is a citizen of *(foreign nation)* Ireland .

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

    b.    If the defendant is a corporation

The defendant, *(name)* Joe Broden , is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____.

Or is incorporated under the laws of *(foreign nation)* _____, and has its principal place of business in *(name)* _____.

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3.    The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*: I don't have much time left to live but I would want 1 Billion for all the pain and suffering.

## III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

I was sex trafficed since I was a little girl. The previous baby that my parents had was killed because she had green eyes. My dad has green eyes. I was raped all the time, I had my looks run. I had big head added in the white house. How I was going to look like as an adult was Sasha Grey. I was put in Porn. People took over my look and I have picture to proof. I was put in the Tyra Banks Show and she sexually assulted me. Megan Fox would bully me.

## IV. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages. I want to stop being compelled to speak. I want my movement to stop being controlled. I want to stop being controlled. I was controlled to communicate with relatives that I help, and they only cared about themselves. I was sex traffiked they didn't care and I was controlled to communicate with them. I was never paid. I was sold about the things that happen in my life. Now I'm 32 years old. I was mentally given cancer I have dementia. Things were taken from me.

Page 4 of 5

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

## V. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: _____

Signature of Plaintiff _____
Printed Name of Plaintiff _____

### B. For Attorneys

Date of signing: _____

Signature of Attorney _____
Printed Name of Attorney _____
Bar Number _____
Name of Law Firm _____
Street Address _____
State and Zip Code _____
Telephone Number _____
E-mail Address _____

I just want them to stop compelling me to speak. I cant even do this, I was force to go to mental insitutsland jail. I never had problems prior to 2014 it was the las vegas police donald trump I contacted the FBI because my social was stolen, I had a job was forced to quit and spend all my money.