# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| Neveen Lynne Leyva,<br><br>    Plaintiff<br>v.<br><br>Joe Biden, et al.,<br><br>    Defendants | Case No. 2:25-cv-00272-JAD-NJK<br><br>**Order Denying<br>Motion to Reopen Case**<br><br>ECF No. 5 |

This pro se case, filed by Neveen Lynne Leyva, was dismissed six months ago as frivolous because it was based on wholly delusional and fantastical allegations.[1] A "declaration in support of motion to reopen case" has been filed in this action, not by Leyva but by someone called Ryan Bonneau.[2] Because the rules of this court do not authorize a non-lawyer to file documents on behalf of a pro se litigant, and because this submission, too, is delusional, fantastical, and frivolous, to the extent that it can be construed as a motion to reopen this case, **the motion [ECF No. 5] is DENIED.  No further documents may be filed in this closed case.**

_____
U.S. District Judge Jennifer A. Dorsey
August 7, 2025

---

[1] ECF No. 4.
[2] ECF No. 5.